UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                        :
SYLINIA JACKSON, ON BEHALF OF                           :
HERSELF AND ALL OTHER PERSONS                           :
SIMILARLY SITUATED,                                     :
                                                        :    No.: 1:25-cv-4935
            Plaintiffs,                                 :
                                                        :    **NOTICE OF VOLUNTARY**
       v.                                               :    **DISMISSAL**
                                                        :
AIRSLATE, INC.,                                         :
                                                        :
            Defendant.                                  :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

        Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, AIRSLATE, INC.


Dated:   New York, New York
         Aug. 6, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

United States District Court Judge
Dated: August 7, 2025